**IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| CYPALEO, LLC, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> GRANDSTREAM NETWORKS, INC. § <br> § <br> Defendant. § <br> § | Case No: 2:16-cv-00946-JRG-RSP |

### ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered Plaintiff Cypaleo, LLC's motion to dismiss with prejudice Defendant Grandstream Networks, Inc. pursuant to Fed. R. Civ. P. 41(a).

Therefore, IT IS ORDERED that Plaintiff's claims against Defendant are dismissed with prejudice and with each party to bear its own attorneys' fees and costs.

SO ORDERED

**SIGNED this 6th day of December, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE